FILED 29 DEC '23 12:37 USDC-ORP

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

District of Oregon

Portland Division

Case No.    <u>3:23-CV-1979-JR</u>
*(to be filled in by the Clerk's Office)*

Gordon Johnson

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

–v–

Milwaukie City Hall, Angela Bradenburg , John D
Wentworth, Andrew Elliot Maryanne Meanie, Alex
Fletcher, Clackamas Indigent Defense Corporation,
Kyle Scott Milwaukie Police Department Deputy
Slinger, David Fooladjoush, Milwaukie Police
Department, Stephen L Madkour,Oregon Department
of Public Safety and Training,City Hall, Multnomah
County, Multnomah County Sheriff's Office

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

Jury Trial: *(check one)*   ☒ Yes   ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non–Prisoner Complaint)

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

---

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Gordon Johnson   Apt # 24 |
| Address | 2525 N Williams |
| | Portland | Oregon | 97227 |
| | *City* | *State* | *Zip Code* |
| County | Multnomah |
| Telephone Number | 970-400-9268 |
| E-Mail Address | b.f.1st.fg@gmail.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Milwaukie City Hall |
| Job or Title *(if known)* | Milwaukie City Police Officer |
| Address | 10501 SE Main St |
| | Milwaukie | Oregon | 97222 |
| | *City* | *State* | *Zip Code* |
| County | Clackamas |

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

| | |
|---|---|
| Telephone Number | 503-786-7555 |
| E-Mail Address *(if known)* | |

☒ Individual capacity    ☒ Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | Angela Bradenburg |
| Job or Title *(if known)* | Clackamas County Sheriff |
| Address | 9101 SE Sunnybrook Blvd |

| Clackamaa | Oregon | 97015 |
|---|---|---|
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Clackamas |
| Telephone Number | 503-655-8211 |
| E-Mail Address *(if known)* | |

☒ Individual capacity    ☒ Official capacity

**Defendant No. 3**

| | |
|---|---|
| Name | John D Wentworth |
| Job or Title *(if known)* | Clackamas County District Attorney |
| Address | 807 Main Street |

| Oregon City | Oregon | 97045 |
|---|---|---|
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Clackamas |
| Telephone Number | 503-655-8431 |
| E-Mail Address *(if known)* | |

☒ Individual capacity    ☒ Official capacity

**Defendant No. 4**

| | |
|---|---|
| Name | Andrew Elliot |
| Job or Title *(if known)* | Public Defender |
| Address | Clackamas Indigent Defense Corporation 802 Main St #103 |

| Oregon City | Oregon | 97045 |
|---|---|---|
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Clackamas |
| Telephone Number | 503-722-4000 |
| E-Mail Address *(if known)* | |

☒ Individual capacity    ☒ Official capacity

1

Defendant No. 5

| | |
|---|---|
| Name | Maryanne Meanie |
| Job or Title (if known) | Public Defender |
| Address | Clackamas Indigent Defense Corporation 802 Main St #103 |
| City State Zip Code | Oregon City Oregon 97045 |
| County | Clackamas |
| Telephone Number | 503-722-4000 |
| E-Mail Address (if known) | |

&#10005;  Individual capacity
&#10005;  Official Capacity


Defendant No. 6

| | |
|---|---|
| Name | Alex Fletcher |
| Job or Title (if known) | Public Defender |
| Address | Clackamas Indigent Defense Corporation 802 Main St #103 |
| City State Zip Code | Oregon City Oregon 97045 |
| County | Clackamas |
| Telephone Number | 503-722-4000 |
| E-Mail Address (if known) | |

&#10005;  Individual capacity
&#10005;  Official Capacity


Defendant No. 7

| | |
|---|---|
| Name | Clackamas Indigent Defense Corporation |
| Job or Title (if known) | Public Defender's Office |
| Address | Clackamas Indigent Defense Corporation 802 Main St #103 |
| City State Zip Code | Oregon City Oregon 97045 |
| County | Clackamas |
| Telephone Number | 503-722-4000 |

ADDITIONAL DEFENDANT LIST

2

E-Mail Address (if known)

- ✕ Individual capacity
- ✕ Official Capacity

Defendant No. 8

Name                                Kyle Scott c/o Clackamas County Sheriff's Office

Job or Title (if known)             Deputy Sheriff

Address                              9101 SE Sunnybroook Blvd

City State Zip Code                 Clackamas Oregon 97015

County                              Clackamas

Telephone Number                    503-655-8211

E-Mail Address (if known)

- ✕ Individual capacity
- ✕ Official Capacity

Defendant No. 9

*Name*                              David Fooladjoush c/o Clackamas County Sheriff's Office

Job or Title (if known)             Deputy Sheriff

Address                              9101 SE Sunnybrook Blvd

City State Zip Code                 Clackamas Oregon 97015

County                              Clackamas

Telephone Number                    503-655-8211

E-Mail Address (if known)

- ✕ Individual capacity
- ✕ Official Capacity

Defendant No. 10

Name                                Deputy Slinger c/o Clackamas County Sheriff's Office

Job or Title (if known)             Field Training Officer

Address                              9101 SE Sunnybrook Blvd

City State Zip Code                 Clackamas Oregon 97015

County                              Clackamas

ADDITIONAL DEFENDANT LIST

3

Telephone Number                    503-655-8211

E-Mail Address (if known)

  ×  Individual capacity
  ×  Official Capacity


Defendant No. 11

Name                                Milwaukie Police Department Deputy Slinger

Job or Title (if known)             Milwaukie City Police Officer

Address                             3200 SE Harrison

City State Zip Code                 Milwaukie Oregon 97222

County                              Clackamas

Telephone Number                    503-786-7400

E-Mail Address (if known)

  ×  Individual capacity
  ×  Official Capacity


Defendant No. 12

Name                                Stephen L Madkour

Job or Title (if known)             Clackamas County Counsel

Address                             2551 Kaen Rd

City State Zip Code                 Oregon City Oregon 97045

County                              Clackamas

Telephone Number                    503-655-8362

E-Mail Address (if known)

  ×  Individual capacity
  ×  Official Capacity


**Defendant No. 13**

Name                                Milwaukie Police Department

Job or Title (if known)             Milwaukie City Police Officer

ADDITIONAL DEFENDANT LIST

4

| | |
|---|---|
| Address | 3200 SE Harrison St |
| City State Zip Code | Milwaukie Oregon 97222 |
| County | Clackamas |
| Telephone Number | 503-786-7400 |

E-Mail Address (if known)

- �× ✕ Individual capacity
- ✕ Official Capacity

## Defendant No. 14

| | |
|---|---|
| Name | Oregon Department of Public Safety and Training |
| Job or Title (if known) | |
| Address | 4190 Aumsville Highway SE |
| City State Zip Code | Salem OR 97317 |
| County | Marion |
| Telephone Number | 503-378-2100 |

E-Mail Address (if known)

- ✕ Individual capacity
- ✕ Official Capacity

## Defendant No. 15

| | |
|---|---|
| Name | Multnomah County Sheriff's Office |
| Job or Title (if known) | |
| Address | 501 SE Hawthorne Blvd |
| City State Zip Code | Portland OR 97214 |
| County | Multnomah |
| Telephone Number | 503-988-4561 |

E-Mail Address (if known)

- ✕ Individual capacity
- ✕ Official Capacity

ADDITIONAL DEFENDANT LIST

5

**Defendant No. 16**

| | |
|---|---|
| Name | Multnomah County |
| Job or Title (if known) | |
| Address | 501 SE Hawthorne Blvd Suite 500 |
| City State Zip Code | Portland Oregon 97214 |
| County | Multnomah |
| Telephone Number | 503-988-3188 |
| E-Mail Address (if known) | |

- ✗ Individual capacity
- ✗ Official Capacity

**Defendant No. 17**

| | |
|---|---|
| Name | City Hall |
| Job or Title (if known) | |
| Address | 1221 SW 4th Avenue Suite 430 |
| City State Zip Code | Portland OR 97204 |
| County | Multnomah |
| Telephone Number | 503-823-4047 |
| E-Mail Address (if known) | |

- ✗ Individual capacity
- ✗ Official Capacity

ADDITIONAL DEFENDANT LIST

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

I am suing under 42 U.S.C. § 1983, I claim that my federal constitutional and statutory rights, secured by the U.S. Constitution and federal laws, are being violated by state or local officials. Specifically, I allege the violation of the following constitutional and statutory rights:

•    First Amendment Rights: I assert that my First Amendment rights, including the right to freedom of speech, freedom of religion, and the right to peacefully assemble and petition the government, have been violated. State or local officials have taken actions that impede my exercise of these fundamental rights.

•    Fourth Amendment Rights: I contend that my Fourth Amendment rights have been infringed upon. I allege unreasonable searches and seizures by state or local officials, which are in violation of my right to be free from unreasonable government intrusion.

•    Sixth Amendment Rights: I maintain that my Sixth Amendment rights have been violated, specifically, the right to a fair and speedy trial, the right to legal counsel, and the right to confront witnesses. I claim that state or local officials' actions have denied me these essential protections.

•    Eighth Amendment Rights: I argue that my Eighth Amendment rights have been transgressed, as I have experienced cruel and unusual punishment at the hands of state or local officials, in contravention of this constitutional protection.

•    Fourteenth Amendment Rights: I assert that my Fourteenth Amendment rights have been violated, particularly with regard to the Equal Protection Clause and Due Process Clause. State or local officials have treated me unequally under the law and deprived me of the procedural and substantive due process rights guaranteed by the Fourteenth Amendment.

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Plaintiff asserts that each defendant named in the capacity of government actors acts or has acted under color of law and or under color of state or law when they implemented, wielded, and used the power vested unto them by and through being a government entity. A governmental entity, which encompasses, by definition, the meaning of a unit, subdivision, or entity of the federal government, the state, a county, a municipality, or another state, including an agency, department, board, Commission, Bureau, division, or military or public safety organization. In the plaintiff's case, for the purposes of intentionally depriving the plaintiff of his rights to be free from unreasonable search and seizures, freedom of speech, the right to be free from cruel and unusual punishments, and plaintiff's rights to effective assistance of counsel and due process of law.

## III.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

The events that gave rise to the claims asserted by plaintiff occurred within the cities and counties of Multnomah, which encompasses the City of Portland, and the County of Clackamas, which encompasses the cities of Milwaukie, Oak Grove and Oregon City. All within the state of Oregon.

B.    What date and approximate time did the events giving rise to your claim(s) occur?

The start of said events given rise to Plaintiffs asserted claims occurred between the calendar dates of April 14th of the year 2021 through September 27th of the year of 2023, with actual or approximate times varying in relation to each actual incident.

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

1.      On April 14th of the year 2021, at or around 10:55 PM and responding to a call of a domestic disturbance or dispute, deputies Kyle Scott, David Fooladjoush and (Field Training Officer) Slinger, of the Clackamas County Sheriff's Office did unlawfully enter Plaintiffs home without a warrant, probable cause, consent, and or exigent circumstances violating plaintiffs rights secured by the Oregon State Constitution and the United States Constitution of America.

2.      On April 14th of the year 2021, at or around 10:55 PM and responding to a call of a domestic disturbance or dispute, deputies Kyle Scott, David Fooladjoush and (Field Training Officer) Slinger, and other deputies of the Clackamas County Sheriff's Office entered Plaintiffs home unlawfully and while so inside and using excessive force, committed an assault and battery on Plaintiff while arresting him. Plaintiff was literally and physically dragged out and from his home in violation of plaintiff's rights secured by the Oregon State Constitution and the United States Constitution of America.

3.      On April 14th of the year 2021, at or around 10:55 PM and responding to a call of a domestic disturbance or dispute, deputies Kyle Scott, David Fooladjoush and (Field Training Officer) Slinger, did unlawfully enter and arrest plaintiff in his home for exercising his state and federal constitutional rights to freedom of speech by charging plaintiff with interfering with a peace officer for verbally protesting against their unlawful police actions committed inside his home, contrary to plaintiffs rights secured by the Oregon State Constitution and the United States Constitution of America.

4.      On April 14th of the year 2021, at or around 10:55 PM Plaintiff was initially arrested, transported and housed unlawfully into the Clackamas County Jail for the charges of; felony Domestic Violence IVand the misdemeanor charges of; Criminal Mischief II, Menacing-Domestic Violence, Interfering with Making a Report and Interfering with a Peace Officer. Plaintiff contends that throughout the course of the legal proceedings against him, that two of the five complaints being felony Domestic Violence IV and misdemeanor Menacing-Domestic Violence were dropped and or dismissed and replaced with the charges of misdemeanors; Resisting Arrest and Harassment. Plaintiff contends that throughout the course of the legal proceedings against him he was physically imprisoned and or incarcerated for approximately 4 calendar months. Plaintiff contends prior to his bench trial or approximately on or about September 26 and September 27th of the year 2023, the Deputy District Attorney Jeffrey Nitschke for the county of Clackamas prosecuting plaintiffs case moved the court for a dismissal of all charges excluding Resisting Arrest. Plaintiff contends that he proceeded to trial on the Resisting Arrest charge and was acquitted. plaintiff vehemently contends that Clackamas County Deputy District Attorney Jeffrey Nitschke by and through the Clackamas County District Attorney's office unlawfully vindictively and maliciously prosecuted the charges and legal proceedings against plaintiff without probable cause. Plaintiff contends that the unlawful, vindictive, malicious prosecutorial misconduct perpetrated by Deputy District Attorney Jeffrey Nitschke notwithstanding the withholding of favorable and exculpatory evidence from plaintiff, violated, deprived and denied plaintiff of a fair trial proceeding resulting, again, in the deprivation of plaintiff's constitutional rights secured by the Oregon State Constitution and the United States Constitution of America.

5.      Plaintiff contends that he was deprived of his liberty, effective assistance of counsel and due process of law by the ineffective assistance of the court appointed Council of Andrew Elliott, Maryanne Meanie and Alex Fletcher by and through the Clackamas Indigent Defense Corporation and in collusion with the Clackamas County District Attorney's Office to the effect that said court appointed council's conduct and all representation of plaintiff throughout the legal proceedings against plaintiff, undermined the proper functioning of the adversarial process. Plaintiff contends that his court appointed council's performance was deficient and that the deficiencies prejudiced the defense of his case and deprived him of a fair trial, thus violating his constitutional rights secured by the Oregon State Constitution and the United States Constitution of America.

6.      Plaintiff contends that the City of Milwaukie Police Department located in the State of Oregon

by and through its police officers, subordinate to being a governmental entity, deprived plaintiff of his liberty by the unlawful seizure and arrest of plaintiff, violating his rights secured by the Oregon State Constitution and the United States Constitution of America.

7.      Plaintiff contends that the Department of Public Safety Standards and Training, located in the City of Salem in State of Oregon, deprived him of his liberty by its failure to adequately and competently train its sheriff's deputies and or police officers in constitutionally lawful address and arrest procedures resulting in the false arrests and deprivation of the plaintiffs rights secured by the Oregon State Constitution and the United States Constitution of America.

8.      Plaintiff contends that the County of Clackamas located in the state of Oregon subordinate to being an governmental entity deprived him of his liberty by acting in accordance with practices, policies, customs and procedures that foster, promulgate, validate and authorize unlawful governmental actions to which constitute egregious violations of his constitutional rights secured by the Oregon state constitution and United States Constitution of America.

9.      Plaintiff contends that the City of Portland Police Department located in the State of Oregon, by and through its Police Officer Pryce, badge # 34677 and Police Officer Dyk, badge # 58560 , both of the North precinct, subordinate to being a governmental entity deprived him of his liberty by falsely arresting him in violation of his constitutional rights secured by the Oregon State Constitution and the United States Constitution of America.

10.     Plaintiff contends that the County of Multnomah located in the State of Oregon, subordinate to being a governmental entity, deprive him of his liberty by acting in accordance with practices, policies, customs, and procedures that foster, promulgate validate and authorize unlawful governmental actions to which constitute egregious violations of his constitutional rights secured by the Oregon State Constitution and the United States Constitution of America.

11.     Plaintiff contends that the Clackamas County Sheriff's Department by and through the courts of Clackamas County and the County of Clackamas being subordinate to be in a governmental entity did deprive Plaintiff. of his liberty by falsely arresting seizing and imprisoning him in violation of plaintiff's constitutional rights secured by the Oregon state constitution in United states constitution of America.

12.     Plaintiff contends that the Multnomah County Sheriff's Department by and through the courts of Multnomah County and the County of Multnomah being subordinate to a governmental entity did deprive plaintiff of his liberty by falsely arresting, seizing and imprisoning him in violation of his constitutional rights secured by the Oregon state constitution and the United States constitution of America.

13.     Plaintiff contends that from the date of April 14th of 2021 through and until the date of September 27th of 2023, Clackamas County Deputy District Attorney Jeffrey Nitschke by and through the Clackamas County District Attorney's Office and the Circuit Courts of Clackamas County did commit the tort of libel as untrue defamatory statements made in writing and the tort of slander as untrue defamatory statements that are spoken orally when prosecuting Plaintiff throughout Plaintiffs Case, legal proceedings and trial.

14.     Plaintiff contends that the Clackamas County Sheriff's deputies Kyle Scott, David Fooladjoush and (Field Training Officer) Slinger, by and through the Clackamas County Sheriff's Office, The Clackamas County Circuit Courts and the Clackamas County District Attorney's Office did commit the torts of libel as untrue defamatory statements made in writing and slander as untrue Defamatory statements that are spoken orally from the date of April 14th of 2021 through and until the date of September 27th of 2023 when said Deputies arrested, charged and testified against plaintiff throughout Plaintiff's case, legal proceedings, and trial

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non—Prisoner)

## IV.  Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Plaintiff states that because of his unlawful arrest, he sustained A problematic, painful, ongoing back injury that has been persistent since his initial arrest. Plaintiff contends that the outcome of Clackamas County Sheriff Deputies excessive use of force when gang tackling, hobbling, armbar restraint usage, and the physical dragging of Plaintiff out of his home and down a flight of 13 to 14 stairs on his back and buttocks is the cause of this injury. plaintiff contends that in reference to this injury he was denied medical treatment

Plaintiff contends because of his unlawful false arrest and imprisonment while imprisoned, he received inadequate, deficient and negligent dental and medical care and services for jail induced dental pain and suffering and premature negligent tooth extraction. Plaintiff contends that the Clackamas County Jail had an unusually high incident rate of inmates suffering from tooth pain and dental issues after only being housed in the jail after two weeks in the case of the plaintiff after requesting medical aid and or services. Plaintiff contends that he was subjected to the unprofessional and negligent course of premature, detrimental, and unnecessary tooth extraction in which he suffered extreme amounts of pain over the course of three months and one week. Plaintiff contends that because of the unprofessional, negligent care of the Clackamas County Jails dental staff, he is no longer able to adequately chew his food properly for his breakdown and digestion. Plaintiff contends that in reference to this injury, he filed grievances with the jail's medical staff. Plaintiff contends that in response to his medical complaints and concerns, he was told that the cause is because he is of African American origin. Plaintiff vehemently contends that race is not a factor dependent upon the level of medical treatment he received and or his diagnosis. Plaintiff contends that he was racially profiled and discriminated against while imprisoned at the Clackamas County Jail by its medical and dental staff.

Plaintiff contends that while being falsely imprisoned in the Clackamas County Jail on August 10th or 12th of year 2023, he consumed food and or dinner provided by the Clackamas County Jail which contained human bodily remains in the form of a decaying tooth with cavities. Plaintiff contends he was eating beans served to him at dinner, and he bit down on what he thought to be a rock. After taking the item out of his mouth and upon its inspection, Plaintiff found it to be a human decaying tooth. Plaintiff contends that he suffered instant nausea and sickness and took up the issue with jail staff. Plaintiff filed a grievance with reference number with the jail staff and Lieutenant and requested medical attention. With reference number, plaintiff informed the jail staff and medical that his health was at grave risk due to the jail's unhealthy and unsanitary food preparation, processes and practices. Plaintiff contends that he received an unprofessional inadequate recourse and resolution of the situation and was served for consumption according to the same processes and practice with no regard to health implications, practices and risk.

Plaintiff contends that he suffered severe and extreme intentional infliction of emotional distress beyond what is normal of a person being incarcerated because the prosecuting of plaintiff's case through legal proceedings and trial was known to all parties to be unlawful by and through the charging instruments and allegations of the Clackamas County District Attorney's Office. Plaintiff contends that the State utilizes trained professionals to represent its prosecutions and that the State itself and all governmental entities combine, were apprised and informed and made aware of the egregious constitutional violations that deprived plaintiffs case of substantive due process of law, rendering plaintiffs case , prosecuting, legal proceedings and trial, a travesty of justice and a mockery of the judicial court process. Plaintiff contends that although he was seen in the Clackamas County Jail by mental health staff on only one occasion he was overlooked and denied medication and any further mental health evaluation or services.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## V.     Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

Plaintiff in his prayer for relief would like the Court to rectify or make whole the injustice and injury he received for the violation of his constitutional rights and the inherent value of a or that constitutional right. Plaintiff asks the court for compensatory damages for his lost wages, reduced earnings capacity, pain and suffering, intentional infliction of emotional distress, loss of vehicle, medical bills, and damage to reputation. Plaintiff asks the Court for punitive damages in regard to each constitutional right or amendment violated, and its inherent value and punitive damages for the government's actions.

COMPENSATORY DAMAGES:
A)     Lost wages: ($43.00/hr x 50hrs/week- $2150.00 X 16/weeks=$34,440.00
B)     Reduced Earning Capacity: Approximately 13years= $1,453,400.00
C)     Pain and Suffering: $250,000.00
D)     Intentional infliction of emotional distress: $3,000,000.00
E)     Medical (current and future): $300,000.00
F)     Property Loss(vehicle) & damages to existing credit and credit accounts: $150,000.00
G)     Damage to Reputation: $1,000,000.00
H)     Oregon Department of Revenue: $90,131.20 plus accrued interest

PUNITIVE DAMAGES:
Plaintiff asks the court for punitive damages in regard to each constitutional right and amendment violated and its inherent value and punitive damages for the government's unlawful procedural actions. $ 18,653,651.20

## VI.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     12·29·2023

Signature of Plaintiff

Printed Name of Plaintiff     GORDON JOHNSON

**B.**     **For Attorneys**

Date of signing: _____

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Address _____

|                           | *City*        | *State*    | *Zip Code*  |
|---------------------------|---------------|------------|-------------|

Telephone Number _____

E-mail Address _____