IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

GORDON JOHNSON,

                Plaintiff(s),

    v.

MILWAUKIE CITY HALL, et al.,

                Defendant(s).

Civil No. 3:23-cv-01979-JR

**ORDER OF DISMISSAL**

It was ordered that Plaintiff would have until 12/4/2025 to prepare and submit to the Clerks Office summonses and U.S. Marshal Instruction Forms USM-285 for issuance. To date, no summonses or USM-285 forms have been timely received.

It is therefore ORDERED that this case be DISMISSED for failure to follow a court order and for want of prosecution.

Dated this __10__ day of December, 2025.

by _____
      Adrienne Nelson
      United States District Judge